IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

RYAN N. WEST, §
§
v. § CASE NO. 4:09CV155
§
§
BEALLS, §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Specialty Retailers, Inc.'s Unopposed Motion to Compel Arbitration and Abate Proceedings (Dkt. 11) be GRANTED, that Plaintiff's claims against Defendant be referred to arbitration, and that this case be stayed until the arbitration has been completed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Specialty Retailers, Inc.'s Unopposed Motion to Compel Arbitration and Abate Proceedings (Dkt. 11) is GRANTED, Plaintiff's claims against Defendant shall be referred to arbitration, and this case shall be stayed until the arbitration has been completed.

**IT IS SO ORDERED.**

SIGNED this 11th day of August, 2009.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE